## People of State of Illinois ex rel. Fred W. Hartman et al., Appellees, v. Stephen E. Hurley et al., Appellants.

### Gen. No. 45,394.

John J. Mortimer, Corporation Counsel for City of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellees; Richard F. McPartlin, Jr., of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 18, 1952; released for publication February 5, 1952.